

# NUMBER 13-20-00141-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE MARIO A. DAVILA

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Contreras and Justices Longoria and Hinojosa
### Order Per Curiam

Relator Mario A. Davila filed a petition for writ of mandamus and motion to stay in the above cause on March 16, 2020. Through this original proceeding, relator seeks to compel the trial court to vacate its orders freezing discovery. According to the petition, the underlying matter is a bill of review proceeding, and real party in interest, Easy Way Leisure Corporation d/b/a Easy Way Products Co. (Easy Way), has filed a traditional motion for summary judgment against relator which is set for hearing on March 23, 2020. By motion to stay, relator seeks to stay the trial court proceedings pending resolution of this petition for writ of mandamus.

The Court, having examined and fully considered the motion to stay, is of the opinion that it should be granted in part and denied in part. Accordingly, we grant the motion to stay and order that that any hearing or ruling on Easy Way's traditional motion for summary judgment is stayed pending resolution of this original proceeding or further order of this Court. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The motion to stay is denied as to other trial court proceedings.

The Court requests that the real party in interest, Easy Way, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
17th day of March, 2020.